IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL AND ROSEMARIE BROWN,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| vs. ) | |
| ) | **11-00403** |
| **CITIMORTGAGE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF STAY**

**COME NOW** Plaintiffs and provide this **NOTICE** of their non-objection to the request for stay filed by CitiMortgage, Inc. [DOC. 8]. Plaintiffs further state they are confident in their position that the Motion to Dismiss is due to be denied, but agree with Defendant that a stay while the motion to dismiss is being adjudicated serves judicial economy.

s/Kenneth J. Riemer
KENNETH J. RIEMER (RIE003)
Attorney for Plaintiffs
Underwood & Riemer, P.C.
P. O. Box 1206
Mobile, AL 36633
E-mail: kjr@alaconsumerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Kenneth J. Riemer
KENNETH J. RIEMER