```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**MICHAEL BROWN,** *et al.*,    \*
                                \*
    **Plaintiff,**      \*
                                \*
**vs.**                         \*    Civil Action No. 11-00403-B
                                \*
**CITIMORTGAGE, INC.,**         \*
                                \*
    **Defendant.**      \*

## ORDER

The action is before the Court on Defendant CitiMortgage, Inc.'s Motion to Dismiss (Doc. 6) and Motion to Stay Pretrial Deadlines (Doc. 8). Plaintiffs are directed to file a response to the motions on or before **September 7, 2011.** Any reply by Defendant shall be filed by **September 14, 2011.**

DONE this **24th** day of **August, 2011.**

                                                        /s/ SONJA F. BIVINS_____
                                              **UNITED STATES MAGISTRATE JUDGE**